# In the United States Court of Federal Claims

No. 17-970C
Filed: November 23, 2020
NOT FOR PUBLICATION

| |
|---|
| **ALTAIR GLOBAL CREDIT OPPORTUNITIES FUND (A), LLC, ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY, CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP, GLENDON OPPORTUNITIES FUND, L.P., LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO, MASON CAPITAL MASTER FUND LP, NOKOTA CAPITAL MASTER FUND, L.P., OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B), OAKTREE OPPORTUNITIES FUND IX, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., OAKTREE VALUE OPPORTUNITIES FUND, L.P., OCEANA MASTER FUND LTD, OCHER ROSE, L.L.C., PENTWATER MERGER ARBITRAGE MASTER FUND LTD., PWCM MASTER FUND LTD, AND SV CREDIT, L.P.,** *Plaintiffs*, v. **UNITED STATES,** *Defendant*. |

## ORDER

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the defendant's motion to dismiss (ECF 79) is **GRANTED**. The first claim of the plaintiffs' Second Amended Complaint (ECF 76) is **DISMISSED** pursuant to Rule 12(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), and the second and third claims of the Second Amended Complaint are **DISMISSED** pursuant to RCFC 12(b)(6).

The defendant's motion for partial summary judgment (ECF 82) is **DENIED** as moot.

The Clerk is **DIRECTED** to enter judgment for the defendant.

No costs are awarded.

 It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**
